**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dumitru Nicolae,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>    Respondents. | No. CV-25-04884-PHX-KML (MTM)<br><br>**ORDER** |

In responding to the order to show cause, respondents focus on arguments regarding their position that an individual order granting relief is necessary despite the declaratory judgment issued in *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ----, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025). (Doc. 7.) But respondents apparently concede petitioner is entitled to a bond hearing "in light of the class-wide declaratory relief ordered in *Bautista*." (Doc. 7 at 5.) Based on respondents' concession and the court's own analysis—which mirrors not only *Bautista*, but also analysis from the Seventh Circuit in *Castanon-Nava v. U.S. Dep't of Homeland Sec.*, --- F.4th ----, No. 25-3050, 2025 WL 3552514, at *4 (7th Cir. Dec. 11, 2025), and another judge within this district in *Echevarria v. Bondi*, No. CV-25-03252-PHX-DWL (ESW), 2025 WL 2821282 (D. Ariz. Oct. 3, 2025)— in the circumstances of this case, the court grants relief on an individual basis.

**IT IS ORDERED**:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.

2. Within seven days of this order respondents must either release petitioner or provide a bond hearing without regard to *Matter of Yajure Hurtado*.
3. Respondents must provide a notice of compliance within five days.
4. The clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 8th day of January, 2026.

        _____
        **Honorable Krissa M. Lanham**
        **United States District Judge**